```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10                              ----oo0oo----
11  UNITED STATES OF AMERICA,
                                          No. CR. 04-084 WBS
12           Plaintiff,
13       v.
14  ROGELIO RODRIGUEZ-CASTELLANOS,
      aka Rogelio Rodriguez,
15
             Defendant.                   RELATED CASE ORDER
16  _____/
17
    UNITED STATES OF AMERICA,
18
             Plaintiff,
19
         v.                               NO. CR. 09-333 LKK
20
    ROGELIO RODRIGUEZ-CASTELLANOS,
21    aka Lorenzo Gonzalez, )
      aka Leonard Beltran,
22
             Defendant.
23  _____/
24                              ----oo0oo----
25           Examination of the above-entitled actions reveals that
26  these actions are related within the meaning of Local Rule 83-
27  123(a) because the charges in both cases are based upon the same
28  conduct by the same defendant, Rogelio Rodriguez-Castellanos.
                                     1
```

E.D. Cal. Local Rule 83-123(a).  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>United States v. Rogelio Rodriguez-Castellanos</u>, No. CR 04-084 WBS, and <u>United States v. Rogelio Rodriguez-Castellanos</u>, No. CR. 09-333 LKK be, and the same hereby are, deemed related and the case denominated <u>United States v. Rogelio Rodriguez-Castellanos</u>, No. CR. 09-333 LKK, shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>United States v. Rogelio Rodriguez-Castellanos</u>, No. CR. 09-333 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED:  August 13, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE