```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROGELIO RODRIGUEZ-CASTELLANOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-333 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) CONTINUING CASE |
| | ) |
| ROGELIO RODRIGUEZ-CASTELLANOS, | ) Date:  October 13, 2009 |
| | ) Time:  8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for October 13, 2009, be vacated and the case continued until November 16, 2009, at 8:30 a.m. for further status conference. This continuance is sought in light of both counsel's current work schedules, the availability of defense counsel's interpreter, and to permit review and consultation regarding a just-received offer to resolve the case without trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between October 13, 2009, and November 16, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) for defense preparation and continuity of counsel.

**IT IS SO STIPULATED.**

Dated: October 9, 2009          /S/ Michael D. Anderson
                                MICHAEL D. ANDERSON
                                Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated: October 9, 2009          /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                ROGELIO RODRIGUEZ-CASTELLANOS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:   October 13, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE