```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROGELIO RODRIGUEZ-CASTELLANOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-333 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| v. ) | CONTINUING CASE |
| ) | |
| ROGELIO RODRIGUEZ-CASTELLANOS, ) | Date:  November 16, 2009 |
| ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for November 16, 2009, be vacated and the case continued until January 11, 2010, at 8:30 a.m. for further status conference. This continuance is sought in light of counsel's recent work schedules, the availability of defense counsel's interpreter, and to permit review and consultation regarding a just-received offer to resolve the case without trial.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between November 16, 2009, and January 11, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) for defense preparation and continuity of counsel.

**IT IS SO STIPULATED.**

Dated: November 13, 2009      /S/ Michael D. Anderson
                              MICHAEL D. ANDERSON
                              Assistant U.S. Attorney
                              Counsel for Plaintiff

Dated: November 13, 2009      /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              ROGELIO RODRIGUEZ-CASTELLANOS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  November 13, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE