```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROGELIO RODRIGUEZ-CASTELLANOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-cr-333 WBS |
| | ) No. 2:04-cr-084 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING CASE |
| | ) |
| ROGELIO RODRIGUEZ-CASTELLANOS, | ) Date: January 8, 2010 |
| | ) Time: 8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |
| | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael D. Anderson, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the status conference scheduled for January 11, 2010, be vacated and the above cases be continued until February 8, 2010, at 8:30 a.m. for further status conference. This continuance is sought in light of counsel's recent work schedules, the availability of defense counsel's interpreter, and to permit further consultation regarding an offer to resolve the cases without trial presented by the government.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act as to No. 2:09-cr-333 WBS be excluded between January 11, 2010, and February 8, 2010 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) for defense preparation.

As to No. 2:04-cr-084 WBS which involves an alleged violation of supervised release, the Speedy Trial Act is not implicated by a continuance of this case.

**IT IS SO STIPULATED.**

Dated: January 8, 2010          /S/ Michael D. Anderson
                                MICHAEL D. ANDERSON
                                Assistant U.S. Attorney
                                Counsel for Plaintiff

Dated: January 8, 2010          /S/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Attorney for Defendant
                                ROGELIO RODRIGUEZ-CASTELLANOS

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: January 8, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE